## Sloan's Case.

The supervision of a sheriff's sale and acknowledgment of his deed, belongs to the discretionary powers of the common pleas; and the exercise of that discretion is not a subject of review by the Supreme Court.

CERTIORARI to the common pleas of *Dauphin* county.

The real estate of George Sloan was sold by the sheriff to Perry Martin. A motion was made to set the sale aside for reasons filed, which the court overruled, and directed the deed to be acknowledged. Sloan sued out a writ of certiorari to remove the proceedings to this court for review.

*Ayres,* for the purchaser, moved to quash this writ, and cited 1 *Watts* 263; 2 *Penn. Rep.* 380.

*M'Clure* and *Roberts, contra.*

[Sloan's Case.]

PER CURIAM.—This certiorari issued improvidently. We have no power to set aside a sheriff's sale or the acknowledgment of his deed, for the same reason that we have no power to grant a new trial. The subject belongs to the discretionary powers of the court below.

Writ quashed.